No. 71–1182.  MATTZ *v.* ARNETT, DIRECTOR, DEPART-
MENT OF FISH AND GAME.  Ct. App. Cal., 1st App. Dist.
Certiorari granted.

No. 72–549.  SCHOOL BOARD OF CITY OF RICHMOND,
VIRGINIA, ET AL. *v.* STATE BOARD OF EDUCATION OF VIR-
GINIA ET AL.; and
No. 72–550.  BRADLEY ET AL. *v.* STATE BOARD OF EDU-
CATION OF VIRGINIA ET AL.  C. A. 4th Cir.  Certiorari
granted.  Cases consolidated and a total of one hour
allotted for oral argument.  MR. JUSTICE POWELL took no
part in the consideration or decision of these petitions.
Reported below: 462 F. 2d 1058.

No. 72–606.  OKLAHOMA *v.* MASON, ADMINISTRATOR,
ET AL.; and
No. 72–654.  UNITED STATES *v.* MASON, ADMINISTRA-
TOR, ET AL.  Ct. Cl.  Certiorari granted.  Cases con-
solidated and a total of one hour allotted for oral argu-
ment.  Reported below: 198 Ct. Cl. 599, 461 F. 2d 1364.

No. 72–804.  RUCKELSHAUS, ADMINISTRATOR, ENVI-
RONMENTAL PROTECTION AGENCY *v.* SIERRA CLUB ET AL.
C. A. D. C. Cir.  Motions to file briefs as *amici curiae*
filed by Utah Power & Light Co., Chamber of Commerce
of the United States, American Mining Congress, and
the State of Arizona et al., granted.  Certiorari granted.

No. 72–560.  FIRST NATIONAL BANK OF FAIRBANKS *v.*
CAMP, COMPTROLLER OF THE CURRENCY, ET AL.  C. A.
D. C. Cir.  Certiorari denied.